FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MUHAMMED ZBEIDA TILLISY,<br><br>Plaintiff,<br><br>v.<br><br>EMIR TAMIN AL-THANI and STATE OF QATAR,<br><br>Defendants. | NO: 4:17-CV-05209-SMJ<br><br>**ORDER DISMISSING ACTION** |

By Order filed February 6, 2018, the Court directed Plaintiff to either pay the $400.00 fee ($350.00 filing fee plus $50.00 administrative fee) to commence this action under 28 U.S.C. § 1914, or to submit an application to proceed *in forma pauperis,* along with a statement of his inmate account for the preceding six months as required by 28 U.S.C. § 1915(a)(2). ECF No. 4.

The Court cautioned Plaintiff that failure to comply would result in this case being closed. Plaintiff did not comply with the Court's directive and has filed nothing further in this action. Therefore, **IT IS ORDERED** that this action is **DISMISSED** without prejudice.

**ORDER DISMISSING ACTION** --1

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, forward copies to Plaintiff and close the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** this 21st day of March 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

**ORDER DISMISSING ACTION** --2